**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF NAVE SHIPPING S.A. AND THOME SHIP MANAGEMENT PTE LTD AS OWNERS, OWNERS *PRO HAC* VICE, OPERATORS, AND/OR MANAGERS OF THE M/T ATLANTIC ASPHALT, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **ADMIRALTY – RULE 9(h)**<br>**CIVIL ACTION NO. 26-2672**<br>**SECTION**<br>**JUDGE**<br>**MAGISTRATE JUDGE** |

**_EX PARTE_ MOTION FOR ORDER APPROVING PETITIONERS' _AD INTERIM_ STIPULATION, DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS, AND RESTRAINING PROSECUTION OF CLAIMS**

NOW INTO COURT, by and through their undersigned counsel, come Petitioners Nave Shipping S.A. and Thome Ship Management Pte Ltd as the alleged owners, owners pro hac vice, operators, and/or managers of the M/T ATLANTIC ASPHALT (sometimes referred to hereinafter as the "Vessel"), along with all of her cargo, engines, tackle, gear, appurtenances, etc. *in rem*, and, pursuant to 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, respectfully move the Court to enter the attached proposed order approving Petitioners' *Ad Interim* Stipulation, directing issuance of notice to all claimants, and restraining and staying all proceedings against Petitioners and the Vessel relating to the voyage and/or alleged damages described in the Complaint (and lifting the arrest of the Vessel obtained by one claimant in this Court), for the reasons in the aforesaid Complaint of Petitioners as the alleged owners, owners pro hac vice, operators, and/or managers of the Vessel.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *{/s/ Michael F. Held}*
Kevin J. LaVie (Bar #14125)
Michael F. Held, T.A. (Bar #37466)
Arthur R. Kraatz (Bar #35194)
Carlos J. Saravia (Bar #37530)
Harrison M. Martin (Bar #39271)
Jonathan M. Henneberg (Bar #40815)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: kevin.lavie@phelps.com
Email: michael.held@phelps.com
Email: arthur.kraatz@phelps.com
Email: carlos.saravia@phelps.com
Email: harrison.martin@phelps.com
Email: jonathan.henneberg@phelps.com

**ATTORNEYS FOR LIMITATION PETITIONERS NAVE SHIPPING S.A. AND THOME SHIP MANAGEMENT PTE LTD AS OWNERS, OWNERS PRO HAC VICE, OPERATORS AND/OR MANAGERS OF THE M/T ATLANTIC ASPHALT, ALONG WITH ALL OF HER PENDING FREIGHT, ENGINES, TACKLE, GEAR, APPURTENANCES, ETC., IN REM**